# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICK WELLS, BETHANY WELLS
AND KELVIN WELLS

VERSUS

MENTORSHIP STEAM ACADEMY AS
PART OF HELIX COMMUNITY
SCHOOL AND ITS INSURER, ET
AL

NO.  2026 CW 0516

**JUNE 29, 2026**

---

In Re:    Kelvin Wells, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          719275.

---

**BEFORE:    McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

   **WRIT NOT CONSIDERED.** See **Wells v. Mentorship Steam Acad.,**
2026-0057 (La. App. 1st Cir. 5/4/26), 2026 WL 1229017
(unpublished).

**PMc**
**TPS**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT